MARGARET HART EDWARDS, Bar No. 65699
MICHAEL MANKES, Bar No. 179016
KURT BOCKES, Bar No. 171647
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

\*\*E-filed 9/15/05\*\*

Attorneys for Defendants
EMC CORPORATION and JOHN HANLON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARON RAKICH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EMC CORPORATION, KIRBY ROUSER, JOHN HALNON DOES 1-100,<br><br>　　　　　Defendants. | Case No. CV 03-04205<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO HEAR DISPOSITIVE MOTIONS** |

Pursuant to Civil L.R. 6-3, the parties to this action, through their designated counsel, hereby stipulate to extend the time for the Court to hear dispositive motions in the above matter from October 21, 2005 to December 2, 2005.

**IT IS STIPULATED.**

Dated: September 6, 2005

_/s/ Kurt R. Bockes_
KURT R. BOCKES
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
EMC CORPORATION and JOHN HANLON

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED EXTENSION OF TIME TO
HEAR DISPOSITIVE MOTIONS

CASE NO. CV 03-04205-JF

09/06/2005 12:36 5225201 LO A KNISBACHER PAGE 02/03
Case 5:03-cv-04205-JF   Document 64   Filed 09/15/05   Page 2 of 2

09/06/2005 08:46 5225201 LO A KNISBACHER PAGE 04/06
Sep-06-2005 08:38am From-LITTLER MENDELSON 4153998490 T-431 P.004/006 F-751

1  Dated: September __/2005

3  _____
   ALDEN J. KNISBACHER
4  LAW OFFICES OF ALDEN J.
   KNISBACHER
5  Attorney for Plaintiff
   CARON RAKICH

7  **IT IS SO ORDERED.**

8  Dated: September 15, 2005

   /s/electronic signature authorized

   _____
   THE HONORABLE JEREMY FOGEL
   UNITED STATES DISTRICT JUDGE

Firmwide:80392479.1 047835.1002

LITTLER MENDELSON

STIPULATED EXTENSION OF TIME TO        2.                    CASE NO. CV 03-04205-JF
HEAR DISPOSITIVE MOTIONS

PAGE 2/3 * RCVD AT 9/6/05 12:34:46 PM [Pacific Daylight Time] * SVR:/6 * DNIS:6648 * CSID:5225201 * DURATION (mm-ss):01-10