1  MARGARET HART EDWARDS, Bar No. 65699
   MICHAEL MANKES, Bar No. 179016
2  KURT BOCKES, Bar No. 171647
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA 94108.2693           **E-filed 11/2/05**
   Telephone:    415.433.1940
5  Facsimile:    415.399.8490

6  Attorneys for Defendants
   EMC CORPORATION and JOHN HANLON
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11  CARON RAKICH,                    Case No. CV 03-04205-JF

12         Plaintiff,                [PROPOSED] ORDER GRANTING
                                     DEFENDANTS' MOTION FOR
13     v.                            ADMINISTRATIVE RELIEF TO FILE
                                     CONFIDENTIAL PORTIONS OF
14  EMC CORPORATION, KIRBY           DOCUMENTS UNDER SEAL IN SUPPORT
    ROUSER, JOHN HANLON, DOES 1-     OF DEFENDANTS' MOTION FOR
15  100,                             SUMMARY JUDGMENT OR, IN THE
                                     ALTERNATIVE, SUMMARY
16         Defendants.               ADJUDICATION OF ISSUES

17                                   Date:   December 9, 2005
                                     Time:   9:00 a.m.
18                                   Judge:  The Honorable Jeremy Fogel
                                     Dept::  3
19                                   Trial Date: January 6, 2006

20
       On October 28, 2005, Defendants EMC Corporation and John Hanlon field a Motion
21
   for Administrative Relief to File Confidential Portions of Documents Under Seal In Support of
22
   Defendants' Motion for Summary Judgment or, In the Alternative, Summary Adjudication of Issues.
23
   The Court having red the motion and the supporting papers finds that Defendants have demonstrated
24
   good cause to file confidential portions of documents under seal.
25
       IT IS THEREFORE ORDERED that Defendants' Administrative Motion is
26
   GRANTED, and the following portions of Defendants' Motion for Summary Judgment or, In the
27
   Alternative, Summary Adjudication of Issues are sealed:
28

PROPOSED ORDER RE DEFS' MOT. FOR                            Case No. CV 03-04205-JF
ADMIN. RELIEF TO FILE UNDER SEAL

1.     1.    Exhibit 131 to Plaintiff's deposition
2.     2.    Pages 522:23-526:9 for Plaintiff's deposition.
3.     IT IS SO ORDERED.

DATED: 11/2/05

/s/electronic signature authorized
_____
UNITED STATES DISTRICT JUDGE

Firmwide:80550189.1 047835.1002

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

PROPOSED ORDER RE DEFS' MOT. FOR
ADMIN. RELIEF TO FILE UNDER SEAL

2.

Case No. CV 03-04205-JF